PEOPLE *v.* KHAN

Appeal from Recorder's Court of Detroit, Schemanske (Frank G.), J. Submitted Division 1 November 12, 1968, at Detroit. (Docket No. 4,401.) Decided November 27, 1968.

Anwar Khan was convicted of manslaughter. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Samuel J. Torina,* Chief Appellate Lawyer, and *Barbara K. Hackett,* Assistant Prosecuting Attorney, for the people.

*Charles Campbell,* for defendant.

PER CURIAM. The defendant was convicted of the crime of manslaughter.* On appeal, 4 issues are raised each of which pertain to the court's charge to the jury.

An examination of the transcript reveals no objections to the instructions by defense counsel and our perusal of the entire charge reveals no error.

Affirmed.

LESINSKI, C. J., and J. H. GILLIS and BEER, JJ., concurred.

---

* CL 1948, § 750.321 (Stat Ann 1954 Rev § 28.553).